# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163197

IRENE HOMRICH, DENNIS HOMRICH,
and DOUGLAS HOMRICH
        Plaintiffs-Appellants,

v

TAMARA ANDERSON,
        Defendant-Appellee.
_____/

SC: 163197
COA: 353217
Ottawa CC: 18-005579-NZ

On order of the Chief Justice, the application for leave to appeal is DISMISSED with prejudice and without costs for the reason that it was not timely filed with this Court, having been submitted more than 42 days after the Court of Appeals' order denying the motion for reconsideration. MCR 7.305(C)(2)(c).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2021



Clerk